```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 03767
   KATHIE G DAVIS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-2557


-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 03/02/2007 and was confirmed 06/27/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/23/2008.
-----------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
-----------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED VEHIC     6572.03         253.13         1354.02
ADT SECURITY SYSTEMS      UNSECURED        NOT FILED           .00             .00
AMERICASH LOANS LLC       UNSECURED          235.72            .00             .00
ARNOLD SCOTT HARRIS       UNSECURED        NOT FILED           .00             .00
CHECK & GO                UNSECURED        NOT FILED           .00             .00
CHECK PLUS SYSTEMS LP     UNSECURED        NOT FILED           .00             .00
CREDIT PROTECTION         UNSECURED        NOT FILED           .00             .00
PREMIER BANCARD CHARTER   UNSECURED          482.98            .00             .00
MERCHANTS CREDIT GUIDE C  UNSECURED        NOT FILED           .00             .00
PAYDAY LOAN               UNSECURED        NOT FILED           .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED          877.53            .00             .00
SURETY FINANCIAL SERVICE  UNSECURED        NOT FILED           .00             .00
EDWANA RODGERS            NOTICE ONLY      NOT FILED           .00             .00
DRIVE FINANCIAL SERVICES  UNSECURED        NOT FILED           .00             .00
AMERICASH LOANS LLC       UNSECURED         1244.60            .00             .00
B-REAL LLC                UNSECURED          453.76            .00             .00
CITY OF CHICAGO PARKING   UNSECURED         8739.02            .00             .00
ERNESTO D BORGES JR       DEBTOR ATTY      1,500.00                          127.19
TOM VAUGHN                TRUSTEE                                            124.66
DEBTOR REFUND             REFUND                                                .00

          Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE              1,859.00

PRIORITY                                         .00
SECURED                                     1,354.02
   INTEREST                                   253.13
UNSECURED                                        .00
ADMINISTRATIVE                                127.19

               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 03767 KATHIE G DAVIS
```

```
TRUSTEE COMPENSATION                                            124.66
DEBTOR REFUND                                                      .00
                                        ----------------   ----------------
TOTALS                                         1,859.00           1,859.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 08/21/08                        /s/ Tom Vaughn
                                     _____
                                       TOM VAUGHN
                                     CHAPTER 13 TRUSTEE